No. 38947.—Protests 232258–G, etc., of Guthman Solomons & Co. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445),

*Dow* v. *United States* (id. 282, T. D. 46816) and *Rice* v. *United States* (T. D. 49373) the atomizers and trays in question were held dutiable at 40 percent under paragraph 339 as claimed.